### STATE OF CONNECTICUT *v.* MARIO SARACENO

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Joseph A. Hourihan,* in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided March 8, 1990

### STATE OF CONNECTICUT *v.* ANDREA EICHSTEDT

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 395, is denied.

*Morgan J. O'Brien,* special public defender, in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided March 8, 1990

### STATE OF CONNECTICUT *v.* ROBERT RYERSON

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 572, is denied.

*Sue L. Wise,* in support of the petition.

*Lawrence J. Tytla,* assistant state's attorney, in opposition.

Decided March 8, 1990

### STATE OF CONNECTICUT *v.* JOHN P. STEINMANN

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 599, is denied.

*Timothy C. Moynihan,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided March 8, 1990